712

*C. Dean,* and *Clarence D. Kerr* for respondents.

No. 715. Oxford-Paper Co. *v.* The Nidarholm. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. John W. Lawrence* for petitioner. No appearance for respondent.

No. 719. Nauts, Collector of Internal Revenue, *v.* Slayton. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Andrew D. Sharpe, Clarence M. Charest,* and *T. H. Lewis, Jr.,* for petitioner. *Messrs. E. J. Marshall* and *Thomas O. Marlar* for respondent.

No. 741. Lucas, Commissioner of Internal Revenue, *v.* Niagara Falls Brewing Co. et al. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Norman D. Keller,* and *Clarence M. Charest* for petitioner. *Mr. Basil Robillard* for respondents.

No. 768. Interstate Commerce Commission *v.* Northern Pacific R. Co. et al. May 5, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for petitioner. *Messrs. R. J. Hag-*